**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**ALLENTOWN DIVISION**

LAKISHA ARRINGTON, ROBERT DRAKE,
SEAN FELDER, LEAH HAGLER, TIFFANY
LEE, ODETTA MILLER, SHANTE
MULKEY, TYANNE THORNTON, and          CASE NO.:  2:21-CV-02677-GAM
ZULEIKA TORRES,

           Plaintiffs,

v.

SWEET HOME PRIMARY CARE, LLC, dba
SWEET HOME PRIMARY CARE
SERVICES, a Pennsylvania Limited Liability
Company,

           Defendant.

_____/

## PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiffs, LAKISHA ARRINGTON ("ARRINGTON"), ROBERT DRAKE ("DRAKE"), SEAN FELDER ("FELDER"), LEAH HAGLER ("HAGLER"), TIFFANY LEE ("LEE"), ODETTA MILLER ("MILLER"), SHANTE MULKEY ("MULKEY"), TYANNE THORNTON ("THORNTON"), and ZULEIKA TORRES ("TORRES") (collectively "Plaintiffs"), move for the entry of a Final Default Judgment for Plaintiffs and against Defendant SWEET HOME PRIMARY CARE, LLC, dba SWEET HOME PRIMARY CARE SERVICES, ("SWEET HOME" or "Defendant"), and in support thereof states:

1. On June 14, 2021, Plaintiffs filed a Complaint and Demand for Jury Trial for the violation of Fair Labor and Standards Act ("FLSA"), as amended 29 U.S.C. §201, et seq. and, in

1

the alternative as to payment not received for regular hours worked, for breach of contract and pursuant to the Pennsylvania Wage Payment and Collection Law ("PWPCL"). *See* D.E. 1.

2.    On July 29, 2021, Defendant, SWEET HOME was served with a summons and a copy of the Complaint and Demand for Jury Trial.

3.    Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant SWEET HOME was required to file, through counsel, a pleading in response to the Complaint within twenty-one (21) days after being served with the summons and complaint. As a result, Defendant, SWEET HOME's response to the Complaint was due on or before August 19, 2021.

4.    As of the filing of the instant Motion, Defendant has failed to respond to the Complaint and therefore, failed to plead or otherwise defend this case as provided by the Federal Rules of Civil Procedure.

5.    Plaintiffs filed their Motion for Clerk's Default on August 23, 2021. *See* D.E. 3.

6.    The Clerk entered its default against Defendant SWEET HOME on November 5, 2021. *See* D.E. 4.

7.    As of the filing of the instant Motion, Defendant, SWEET HOME has failed to retain counsel and/or to defend itself in this action. Accordingly, Plaintiffs now request a Default Final Judgment in their favor and against the Defendant SWEET HOME.

8.    Where a party is in default the Court should accept the plaintiff's allegations of fact, except those relating to damages, as true. *See Comdyne I, Inc. v. Corbin*, 908 F.2d 1142, 1149 (3d Cir. 1990) ("A consequence of the entry of a default judgment is that 'the factual allegations of the complaint, except those relating to the amount of damages, will be taken as true.'" (citing 10 C. Wright, A. Miller, & M. Kane, Federal Practice and Procedure, § 2688 at 444 (2d ed. 1983)).

9.    As to the amount of damages, these amounts are set forth in well-pleaded allegations in Plaintiffs' Complaint, and are further supported by the affidavits of each Plaintiff, attached hereto as **Exhibits A-I**[1]. Plaintiffs have been deprived of minimum wages and/or overtime wages as follows:

| Plaintiff | Rate | Regular Hours Owed | Total Reg Hrs Owed | Total OT Hours Owed | Regular Pay Owed | OT Pay Owed | Total Wages Owed | Damages | Total With FLSA Liquidated Damages |
|---|---|---|---|---|---|---|---|---|---|
| Lakisha Arrington | $13.00 | 40 hrs x 4 wks | 160 | 48 | $2,080.00 | $936.00 | $3,016.00 | $3,016.00 | $6,032.00 |
| Robert Drake | $12.25 | 40 hrs x 4 wks | 160 | 64 | $1,960.00 | $1,176.00 | $3,136.00 | $3,136.00 | $6,272.00 |
| Sean Felder | $12.50 | 40 hrs x 5 wks | 200 | 150 | $2,500.00 | $2,812.50 | $5,312.50 | $5,312.50 | $10,625.00 |
| Leah Hagler | $12.00 | 40 hrs x 3 wks | 120 | 15 | $1,440.00 | $270.00 | $1,710.00 | $1,710.00 | $3,420.00 |
| Tiffany Lee | $15.85 | 40 hrs x 3 wks | 120 | 48 | $1,902.00 | $1,141.20 | $3,043.20 | $3,043.20 | $6,086.40 |
| Odetta (Miller) Mathurin | $10.00 | 40 hrs x 5 wks | 200 | 72 | $2,000.00 | $1,080.00 | $3,080.00 | $3,080.00 | $6,160.00 |
| Shante Mulkey | $500.00 weekly | 3 wks | | | $1,500.00 | $0.00 | $1,500.00 | $0.00 | |
| Tyanne Thornton | $12.50 | 35 hrs x 4 wks | 140 | 0 | $1,750.00 | $0.00 | $1,750.00 | $0.00 | |
| Zuleika Torres | $12.00 | 40 hrs x 3 wks | 120 | 69 | $1,440.00 | $1,242.00 | $2,682.00 | $2,682.00 | $3,364.00 |

10. Those Plaintiffs whose damages are in weeks in which overtime was worked are also entitled to an equal amount in liquidated damages. Therefore, Plaintiffs are entitled to the following total amounts:

a.  ARRINGTON in an amount of $3,016.00, plus an equal amount of liquidated damages, for a total of $6,032.00. *See* Exhibit A.

---

[1] While the information for Plaintiff Lee has been confirmed, Plaintiff Lee has not returned her signed affidavit. As such, Plaintiff submits the unsigned affidavit here and will supplement with the signed affidavit when same is available.

b. Plaintiff DRAKE in an amount of $3,136.00, plus an equal amount of liquidated damages, for a total of $6,272.00. *See* Exhibit B.

c. Plaintiff FELDER in an amount of $5,312.50, plus an equal amount of liquidated damages, for a total of $10,625.00. *See* Exhibit C.

d. Plaintiff HAGLER in an amount of $1,710.00, plus an equal amount of liquidated damages, for a total of $3,420.00. *See* Exhibit D.

e. Plaintiff LEE in an amount of $3,043.20, plus an equal amount of liquidated damages, for a total of $6,086.40. *See* Exhibit E (as noted in fn. 1, Exhibit E is unsigned, and Plaintiff will supplement with the signed affidavit when available).

f. Plaintiff MILLER in an amount of $3,080.00, plus an equal amount of liquidated damages, for a total of $6,160.00. *See* Exhibit F.

g. Plaintiff MULKEY in an amount of $1,500.00. *See* Exhibit G.

h. Plaintiff THORNTON in an amount of $1,750.00. *See* Exhibit H.

i. Plaintiff TORRES in an amount of $2,682.00, plus an equal amount of liquidated damages, for a total of $5,364.00. *See* Exhibit I.

11. An additional element of Plaintiffs' claims is the recovery of attorneys' fees and costs. As set forth in more detail in the accompanying Memorandum of Law, Plaintiffs are the prevailing party in this matter, and the fees and costs they seek of $6,602.00 are reasonable and due to be awarded. Plaintiffs support this request with the Affidavit of their counsel, Angeli Murthy, **attached as Exhibit J**.

12. Based on the facts and evidence before the Court, Plaintiffs respectfully submit that they are entitled to entry of final default judgment in their favor in the amounts set forth above, as well as prevailing party attorneys' fees and costs in the amount of $6,602.00.

WHEREFORE, Plaintiffs, LAKISHA ARRINGTON, ROBERT DRAKE, SEAN FELDER, LEAH HAGLER, TIFFANY LEE, ODETTA MILLER, SHANTE MULKEY, TYANNE THORNTON, and ZULEIKA TORRES, request the entry of a Final Judgment in their favor and against Defendant, SWEET HOME PRIMARY CARE, LLC, in the following amounts:

1. LAKISHA ARRINGTON $6,032.00.

2. ROBERT DRAKE $6,272.00.

3. SEAN FELDER $10,625.00.

4. LEAH HAGLER $3,420.00.

5. TIFFANY LEE $6,086.40.

6. ODETTA MILLER $6,160.00.

7. SHANTE MULKEY $1,500.00.

8. TYANNE THORNTON $1,750.00.

9. ZULEIKA TORRES $5,364.00.

10. Morgan & Morgan, P.A.: $6,602.00.

and for any other relief that is just and appropriate.

DATED this 8th day of June, 2022.

Respectfully Submitted,

**/s/ ANGELI MURTHY**
Angeli Murthy, Esquire
PA Bar No.: 93699
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324
Tel: 954-318-0268-
Fax: 954-327-3016
E-mail: amurthy@forthepeople.com
*Counsel for Plaintiffs*

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8th, 2022, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF and served a copy by regular U.S. Mail on Defendant as follows:

SWEET HOME PRIMARY CARE, LLC
Attn: Clenesia Curry
8161 Euglid Ave.
Cleveland, OH 44103

SWEET HOME PRIMARY CARE, LLC
426 E. Allengheny Ave. Unit 1W
Philadelphia, PA 19134

/s/ **ANGELI MURTHY**
ANGELI MURTHY, ESQ.

6