# EXHIBIT "J"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
ALLENTOWN DIVISION

LAKISHA ARRINGTON, ROBERT DRAKE,
SEAN FELDER, LEAH HAGLER, TIFFANY
LEE, ODETTA MILLER, SHANTE
MULKEY, TYANNE THORNTON, and                CASE NO.: 2:21-CV-02677-GAM
ZULEIKA TORRES,

      Plaintiffs,

v.

SWEET HOME PRIMARY CARE, LLC, dba
SWEET HOME PRIMARY CARE
SERVICES, a Pennsylvania Limited Liability
Company,

      Defendant.

_____/

## <u>AFFIDAVIT OF ANGELI MURTHY</u>

FLORIDA              )

BROWARD COUNTY     )

BEFORE ME, an officer duly authorized to take oaths and administer acknowledgments,

appeared ANGELI MURTHY, who, after being duly sworn, did depose and state:

1.     My name is ANGELI MURTHY. I am a shareholder at the law firm of Morgan

& Morgan, P.A. (Morgan & Morgan), and am Board Certified by the Florida Bar as an expert in

Labor & Employment Law. I also hold an AV Preeminent rating from Martindale-Hubbell.[1] I

am lead counsel in this matter, and handled the litigation in its entirety, from inception to

conclusion.

---

[1] Per Martindale Hubbell, "An elite group of approximately 10 percent of all attorneys holds an AV Preeminent Rating, a designation trusted worldwide by buyers and referrers of legal services."

2.    I have reviewed the fee records in this matter and aver that I spent 10 hours in litigating this matter through final default judgment.  I aver that the hours spent were necessary in achieving the significant relief we were able to secure for Plaintiffs in this matter.  For this time, incurred attorneys' fees and costs are $6,602.00.

3.    The time spent on and in preparation for this litigation included, but was not limited to, performing the initial client intake, preparing a demand letter, preparing the pleadings in this matter, review and analysis of affidavits, preparation of damages analyses, and preparation of the motion for final default judgment.  The time spent on this matter is detailed in the attached Exhibit 1.

4.    I am a 2004 graduate of Georgetown University Law Center.  While at Georgetown, I was a Senior Articles Editor for the Georgetown Immigration Law Journal.  I have been practicing law since 2004, and am admitted to practice in both Pennsylvania and Florida. I am a member in good standing admitted to practice before the Supreme Court of the United States, the Courts of Appeals for the Third, Fourth and Eleventh Circuits, as well as the Southern, Middle, and Northern Districts of Florida, the Middle and Eastern Districts of Pennsylvania, the Eastern and Western Districts of Michigan, the Western District of Tennessee, the District of Idaho, and the District of Colorado.  Since 2006, I have devoted my practice exclusively to matters involving claims arising under state and federal employment discrimination statutes, and the Fair Labor Standards Act ("FLSA").

5.    I have also spoken at continuing legal education seminars in Florida and California on topics pertaining to the FLSA, and employment law in general. I am the past Chair of the Wage and Hour Administration  Subcommittee of the Labor and Employment Section of the Florida Bar, and served on the Executive Council of that Section beginning in 2022.

Section of the Florida Bar, and served on the Executive Council of that Section beginning in 2022.

6.      From 2006 through 2011, I was an associate in the Labor and Employment Practice Group of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), in both Philadelphia (2006 – 2010), and Miami (2010 – 2011), focusing exclusively on employment litigation.  In my final year as an associate at Morgan Lewis (2011), when I practiced in Miami, my regular billing rate was well over $400.00 per hour.  During my tenure with Morgan Lewis, I regularly represented Fortune 100 companies in employment discrimination and FLSA individual, collective, and class actions.

7.      In December 2011, I began representing employees in discrimination and wage claims in the National Employee Rights Group at Morgan & Morgan.

8.      When I began working at Morgan & Morgan in December 2011, I initially billed my clients at a rate of $350.00 per hour for my services.  In January 2015 my rate increased to $425.00 per hour.  In Mid-2019, my rate increased to $500.00 per hour.  In 2019, Judge Pratter awarded $425 per hour for my work on *Ramon Jimenez v. Best Behavioral Healthcare, Inc.*, 2:18-cv-01003-GEKP D.E. 54 (E.D. Pa. Dec 30, 2019). A copy of this order is attached as **Exhibit 2**.

9.      The current CLS rate schedule puts the range for attorneys with 16-20 years of experience at $475-530 per hours. A copy of the current CLS fee schedule is attached as **Exhibit 3**.

10.     Costs in this matter total $802.00 for filing fees and service.  The bills supporting same are attached as **Exhibit 4**.

3

11.     This Affidavit is offered in support of the rate and time I expended in this matter, as well as the costs, to demonstrate that same are reasonable. I note that we do not seek paralegal time, as same was not contemporaneously billed, and included many administrative tasks, particularly as related obtaining signed affidavits from all Plaintiffs, including with Ms. Lee, attempted and communications with Ms. Lee.

ANGELI MURTHY, ESQUIRE

STATE OF FLORIDA          )

COUNTY OF BROWARD   )

BEFORE ME, the undersigned authority, by means of (x)physical presence or ☐online notarization appeared Angeli Murthy, who is personally known to me or who produced _____ as identification, and deposes and says that the foregoing is true and correct in all respects.

SWORN TO AND SUBSCRIBED before me, this 7th day of June, 2022.

**Beatriz E. Reyes**
COMMISSION # GG260251
EXPIRES: Sept. 19, 2022
Bonded Thru Aaron Notary

NOTARY PUBLIC, State of Florida
Beatriz E Reyes

Printed Name: Notary Public
My Commission Expires: 9/19/2022

4