IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAKISHA ARRINGTON,** *et al.* : <br> : <br> **v.** : <br> : <br> **SWEET HOME PRIMARY CARE, LLC,** : <br> d/b/a **SWEET HOME PRIMARY CARE** : <br> **SERVICES** | **CIVIL ACTION NO. 21-2677** |

## ORDER

This 24th day of August, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' Motion for Default Judgment (ECF 5) is **GRANTED IN PART.**[1] Judgment is **ENTERED** in favor of Plaintiffs and against Defendant in total amounts as follows:

1. Plaintiff Arrington in an amount of $3,016.00, plus an equal amount of liquidated damages, for a total of $6,032.00.

2. Plaintiff Drake in an amount of $3,136.00, plus an equal amount of liquidated damages, for a total of $6,272.00.

3. Plaintiff Felder in an amount of $5,312.50, plus an equal amount of liquidated damages, for a total of $10,625.00.

4. Plaintiff Hagler in an amount of $1,710.00, plus an equal amount of liquidated damages, for a total of $3,420.00.

5. Plaintiff Miller in an amount of $3,080.00, plus an equal amount of liquidated damages, for a total of $6,160.00.

---

[1] When Plaintiff Tiffany Lee provides a signed affidavit, counsel may request an Order granting default judgment in favor of Ms. Lee.

6. Plaintiff Mulkey in an amount of $1,500.00.

7. Plaintiff Thornton in an amount of $1,750.00.

8. Plaintiff Torres in an amount of $2,682.00, plus an equal amount of liquidated damages, for a total of $5,364.00.

9. $5,800 in attorneys' fees, and $802 in litigation costs.

It is further **ORDERED** that Plaintiffs are entitled to post-judgment interest pursuant to 28 U.S.C. § 1961 to be calculated from the date judgment is entered.

/s/ Gerald Austin McHugh
United States District Judge